(June 25, 1945.)

In the Matter of the Application of JOHN L. SEYMOUR for Admission to Practice as an Attorney. (From the District of Columbia.) — Application denied on the ground that applicant has failed to establish that he was a resident of the District of Columbia for the requisite period of five years. Present — Close, P. J., Hagarty, Johnston and Aldrich, JJ.

CHESTER BAFFA, Respondent, v. LEO A. PRICE, Appellant.— Order granting respondent's motion to confirm the report of an official referee, denying appellant's motion to direct the respondent to execute and deliver a satisfaction piece, etc., affirmed, with $10 costs and disbursements, on the ground that the evidence fails to establish, by a fair preponderance, that the judgment has been satisfied. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

MARIE BARDONEK, Respondent, v. STANLEY BARDONEK, Appellant.— In an action by plaintiff wife for a separation, defendant pleaded as a defense that he had obtained an Arkansas decree of divorce. Upon the trial defendant contended that he had established a bona fide domicile in Arkansas before the action was instituted, was a domiciliary of such State at all times thereafter and, in addition, that the plaintiff wife had appeared in that action. The trial court found that defendant was never domiciled in Arkansas and that both parties to the action were at all times domiciled in New York State. It further found that the purported appearance on behalf of the wife in the Arkansas action was not authorized by her. Judgment in favor of the plaintiff was granted and entered accordingly. Judgment unanimously affirmed, with costs. The determination of the trial court is in accord with the evidence, and the decree of the Arkansas court is not entitled to faith and credit in this State. (*Matter of Lindgren*, 293 N. Y. 18; *Solotoff* v. *Solotoff*, 269 App. Div. 677; *Williams* v. *North Carolina*, 325 U. S. 226.) Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *post*, p. 939.]

ANTONIO CANDELA et al., Appellants, v. WILLIAM LUNDIE et al., Respondents. — In an action to abate nuisances alleged to have been created by defendants, whose property adjoins plaintiffs', order denying plaintiffs' motion for judgment pursuant to the terms of a stipulation made during the trial, affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

COUNTY TRUST COMPANY, Respondent, v. KENNETH C. QUENCER, as Ancillary Representative of the Estate of EDWARD K. WINSLOW, Deceased, et al., Appellants, and LILLIAN F. HENKLE et al., Respondents.— In an action for the judicial settlement of plaintiff's account as trustee under a deed of trust, final and interlocutory orders unanimously affirmed, with one bill of costs to defendants-respondents payable out of the fund. No opinion. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [183 Misc. 922.] [See *post*, p. 939.]